# EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 04/15/2022 07:24 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk

Case 2:22-cv-... Document 1-1 Filed 06/17/22 Page 2 of 7 Page ID #:8

**SUM-100**

# SUMMONS
*(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

22STCV12794

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WALMART INC., a corporation;
and DOES 1 through 50, Inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARY NELL BRONNER, an individual;

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):*
**22STCV12794**

Spring Street Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter Executive Officer / Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jane Volfson, Esq. (315031)       The Wallace Firm, PC.
jane@wallacefirm.email            16000 Ventura Blvd., Ste. 440, Encino, CA 91436
                                  Tel:(818) 476-5998  Fax: (818) 476-5598

DATE: 04/15/2022                  Clerk, by  R. Clifton                    , Deputy
*(Fecha)*                         *(Secretario)*                            *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* WALMART INC., a Corporation
   under:  ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CEB Essential Forms
ceb.com

Bronner, Mary Nell

Case 2:22-cv-04199 Document 1-1 Filed 06/17/22 Page 3 of 7 Page ID #:10
Electronically FILED by Superior Court of California, County of Los Angeles on 04/15/2022 07:24 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
22STCV12794
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**THE WALLACE FIRM, PC.**
BRADLEY S. WALLACE, ESQ. (SBN #243169)
contact@wallacefirm.email
JANE VOLFSON, ESQ. (SBN #315031)
jane@wallacefirm.email
16000 Ventura Blvd., Suite 440
Encino, CA 91436
Telephone: (818) 476-5998
Facsimile: (818) 476-5598

Attorneys for Plaintiff, MARY NELL BRONNER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| MARY NELL BRONNER, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>WALMART INC., a corporation; and DOES 1 through 50, Inclusive.<br><br>   Defendants. | Case No.: 22STCV12794<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. GENERAL NEGLIGENCE<br>2. PREMISES LIABILITY |

COMES NOW, Plaintiff MARY NELL BRONNER ("Plaintiff") by and through her attorneys, Bradley S. Wallace, Esq. and THE WALLACE FIRM, PC, brings suit against Defendants WALMART INC., a corporation; and DOES 1 through 50, Inclusive ("Defendants"), and in support thereof states as follows:

### GENERAL ALLEGATIONS RELEVANT TO ALL CLAIMS

1.  That at all times herein mentioned, Plaintiff was and now is a resident of the County of Los Angeles, State of California. That Plaintiff is informed and believes and upon such information and belief alleges that at all times herein mentioned Defendants were and now are residents and/or doing business in the County of Los Angeles, State of California.

2.  The true names and/or capacities whether individual, corporate, associate or otherwise, of defendant DOES 1 through 50 inclusive, are unknown to Plaintiff who therefore sues

said Defendants by such fictitious names. Plaintiff is informed and believes and therefore alleges that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.

3. At all times herein mentioned, Defendants WALMART INC., a corporation; and DOES 1 through 50, Inclusive, was the agent, servant, employee, and joint venturer of each of the remaining said Defendants and at all times alleged hereinafter mentioned, said Defendants were acting within the purpose and scope of said agency, employment, and joint venture, and each defendant has ratified and approved the acts of the remaining said Defendants.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over Defendants because Defendant is a resident of California, and or does business in California.

5. The injuries upon which this action is based occurred in the County of Los Angeles, State of California.

## FIRST CAUSE OF ACTION

### For Negligence Against All Defendants

6. Plaintiff repeats, reiterates and re-alleges each and every fact and/or allegation set forth in the prior paragraphs of this complaint with the same force and effect as though more fully set forth at length herein.

7. At all times mentioned in this complaint, Defendants WALMART INC., a corporation; and DOES 1 through 50, Inclusive, owned, possessed, worked upon, managed, supervised, operated, maintained or controlled the premises located at 2770 East Carson Street, Lakewood, California 90712. At said time and place, Plaintiff was on the premises of Defendants.

8. On April 22, 2021, while at Defendants' premises, as a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff sustained serious injuries and damages.

9. As a proximate result of said acts of the Defendants, and each of them, Plaintiff was hurt and physically injured, sustaining medical bills, property damage, loss of earnings/earnings capacity, pain, suffering, loss of enjoyment of life and other damages, and will continue to sustain

such damages in the future.

10. Plaintiff's general and special damages are in an amount in excess of the jurisdictional limits of all lower Courts, which will be shown according to proof at time of trial.

11. By reason of the foregoing, the Plaintiff has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

## SECOND CAUSE OF ACTION

### Premises Liability Against All Defendants

12. Plaintiff repeats, reiterates and re-alleges each and every fact and/or allegation set forth in the prior paragraphs of this complaint with the same force and effect as though more fully set forth at length herein.

13. That the true names or capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as DOES 1 through 50, Inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names and capacities and Plaintiff will amend this Complaint to state such names and capacities when the same has been ascertained. Plaintiff is informed and believes and upon such information and belief allege, that each of the Defendants designated herein as a DOE, is legally responsible in some manner for the events and happening herein referred to, and legally caused injury and damages to Plaintiff as hereinafter set forth.

14. That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned Defendants, and each of them, were the agents and employees of their Co-Defendants, and in doing the things herein mentioned were acting the course and scope of their authority as such agents and employees and with the permission and consent of their Co-Defendants and each of them.

15. That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendants WALMART INC., a corporation; and DOES 1 through 50, Inclusive was and now is a corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the State of California, with its principal place of business located at or near 2770 East Carson Street, Lakewood, California 90712.

3

**PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES**

16. That on or about April 22, 2021, Defendants, and each of them owned, possessed, worked upon, managed, supervised, modified, repaired, operated, maintained, or controlled certain premises located at or near 2770 East Carson Street, Lakewood, California 90712.

17. That at said time and place, Plaintiff was on the premises of Defendants, and each of them, and while thereon and as a direct and proximate result of the negligence of Defendants, and each of them, sustained injuries and damages as hereinafter set forth.

18. That Defendants, and each of them, were negligent in the manner in which they owned, possessed, modified, repaired, operated, maintained, worked up, controlled, managed, or supervised said premises by causing and allowing a dangerous condition to exist and remain upon said premises, and Defendants, and each of them, were further negligent in failing to inspect, warn of, remove, correct and otherwise take precautions so as to prevent injuries to persons on said premises.

19. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in her health, strength and activity, sustain bodily injury and shock to her nervous systems, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff's general damages in a sum within the jurisdiction of this Court according to proof at the time of trial.

20. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and will incur medical and related expenses in a sum according to proof at the time of trial.

21. At the time of said injury, Plaintiff was employed or employable and as a direct and proximate result of the negligence of Defendants, and each of them, and by reason of the injuries suffered by Plaintiff, Plaintiff has sustained a loss of earnings and earning capacity in a sum according to proof at the time of trial.

///

///

**WHEREFORE PLAINTIFF PRAYS** for judgment against Defendants, as follows:

A. For general damages in a sum according to proof at the time of trial within the jurisdiction of the Superior Court;

B. For medical and related expenses in a sum according to proof at the time of trial;

C. For loss of income and earning capacity in a sum according to proof at the time of trial;

D. For pre-judgment interest at the legal rate;

E. Costs of suit, interest, and attorney's fees, according to proof to the extent allowed by law; and

F. For such other and further relief as the court may deem just and proper.

DATED: April 15, 2022        THE WALLACE FIRM, PC


By: *Jane Volfson*
BRADLEY S. WALLACE, ESQ.
JANE VOLFSON, ESQ.
Attorneys for Plaintiff,
MARY NELL BRONNER

5
**PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES**