JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NELL BRONNER,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>Defendants. | Case No.  CV 22-4199-GW-AFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the notice of settlement and stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: October 6, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE